SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(610) 994-1137
Attorney for Creditor SANTANDER BANK, N.A.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: <br><br>ANTHONY DEDONA, <br><br>Debtor. | CASE NO: 19-17694-PMM <br><br> CHAPTER 13 |
|---|---|

**PRAECIPE TO WITHDRAW DOCUMENT**

**TO THE CLERK:**

Kindly withdraw SANTANDER BANK, N.A.'s Objection to Confirmation of Amended Plan, filed on March 19, 2020, at Docket No. 15.

                                                   Respectfully submitted,
                                                   SALDUTTI LAW GROUP
                                                   Counsel for SANTANDER BANK, N.A.

                                                 */s/ Rebecca K. McDowell*
                                                 REBECCA K. MCDOWELL, ESQ.

Dated:  May 19, 2020