**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
|    ANTHONY DEDONA | : | Chapter13 |
| | : | |
|                   Debtors | : | Bky No: 19-17694-PMM |

## **PRAECIPE**

TO THE CLERK:

Kindly withdraw from the docket entry # 23 "Certificate of No Response to First Application for Compensation" filed in error on June 15, 2020.

DATE: *June 15, 2020*              BY:    */s/ Lynn E. Feldman, Esquire*
                                                                         Lynn E. Feldman, Esquire
                                                                         Chapter 7 Trustee
                                                                         PA   I.D. No. 35996
                                                                         221 N. Cedar Crest Blvd.
                                                                         Allentown, PA  18104
                                                                         (610) 530-9285