# FELDMAN
## LAW OFFICES PC

221 N. Cedar Crest Blvd., Allentown, PA 18104
Tel: (610) 530-9285 | Fax: (610) 437-7011

**LYNN E. FELDMAN**
*feldmanfiling@rcn.com*

Anthony DeDona
2026 Rolling Meadow Drive
Macungie, PA 18062

| Date | Description | Hours |
|---|---|---|
| 03/19/2018 | Office consultation w/ client re: bankruptcy Chapter 7 versus Chapter 13 | 1.2 |
| 05/20/2019 | T/C w/ client re: settling debts and deed to house | 0.5 |
| 08/22/2019 | T/C w/ client re: pending lawsuit Philadelphia County | 0.4 |
| 11/11/2019 | Email w/ client re: credit counseling and filing jointly with wife or individually | 0.3 |
| 11/21/2019 | Office Consultation re: filing bankruptcy, automatic Stay, lawsuit, open file | 0.7 |
| 11/22/2019 | Review documents sent via email from client re: business records | 0.4 |
| 11/25/2019 | Email client re: documents needed for preparing petition, P/L statement and paystubs | 0.3 |
| 12/04/2019 | Review deed and mortgage and equity calculation & prepare schedules, petition and plan | 2.7 |
| 12/10/2019 | Office consultation with client to review Petition, schedules, means test and Plan | 1.8 |
| 12/11/2019 | Prepare, file and serve Notice of Stay in Santander Lawsuit, review Santander POC, t/c with client | 1.2 |
| 12/18/2019 | Review PA Dept of Revenue POC | 0.3 |
| 12/23/2019 | Email w/ client re: Debtor Ed certificate | 0.2 |

**Page 1 total hours: 10.0**

| Date | Description | Hours |
|---|---|---|
| 12/29/2019 | Email w/ client re: Debtor Ed certificate again and debt collection notices from Santander Bank | 0.3 |
| 01/02/2020 | File Debtor Ed Certificate | 0.2 |
| 01/03/2020 | Prepare and serve Cease and Desist to Santander Bank | 0.6 |
| 01/14/2020 | Letter to client re: 341 meeting | 0.4 |
| 01/15/2020 | Email client re: 341 meeting and trustee payments | 0.4 |
| 02/06/2020 | Prepare file for 341, review claims register, email client | 0.9 |
| 02/11/2020 | Attend 341 | 1.4 |
| 03/19/2020 | Review claims register and 13network.com, prepare, file and serve First Amended Plan | 1.2 |
| 03/20/2020 | Review Santander's Objection to Plan and t/c with trustee re: Santander Objection | 0.8 |
| 03/23/2020 | Email trustee and client re: Santander Objection | 0.5 |
| 03/25/2020 | Email w/ trustee and client re: Santander Objection And Confirmation Hearing continuance | 0.6 |
| 05/04/2020 | Review Confirmation Memo from trustee | 0.3 |
| 05/12/2020 | Review and prepare file for upcoming Confirmation | 0.6 |
| 05/18/2020 | Email w/ trustee and T/C w/ Atty McDowell re: Withdrawing Objection | 0.7 |
| 05/19/2020 | Review mortgage forbearance docs, Email client re: Objection being withdrawn and Confirmation | 0.6 |
| 05/21/2020 | Email client re: mortgage forbearance and prepare letter of authorization to mortgage company | 0.7 |

*Page 2 total hours: 10.2*

**Total Hours:  20.2 hours X $250.00 per hour =    $5,050.00**

**Applicant is only requesting $4,500.00**