United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony DeDona  
    Debtor

Case No. 19-17694-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 23, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db          Anthony DeDona,   2026 Rolling Meadow Dr,   Macungie, PA  18062-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:  
       LYNN E. FELDMAN    on behalf of Debtor Anthony  DeDona feldmanfiling@rcn.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
       REBECCA K. MCDOWELL    on behalf of Creditor    SANTANDER BANK, N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                      TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ANTHONY DEDONA     :
                                               :    CHAPTER 13
                                               :
         Debtor    :    Bky No.  19-17694-PMM

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,500.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ 1,290.00**   which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

*Patricia M. Mayer* (signature)

**Date:** 6/23/20

**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**