| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-17694-PMM**

Anthony DeDona  
2026 Rolling Meadow Dr  
Macungie  PA    18062-8872  

Petition Filed Date: 12/10/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date: 05/21/2020  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $200.00 | | 02/27/2020 | $200.00 | | 03/27/2020 | $200.00 | |
| 04/27/2020 | $200.00 | | 05/28/2020 | $200.00 | | 06/29/2020 | $200.00 | |
| 07/27/2020 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $1,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $1,087.80 | $2,122.20 |
| 1 | SANTANDER BANK, NA<br>»» 001 | Unsecured Creditors | $14,278.71 | $0.00 | $14,278.71 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Unsecured Creditors | $381.50 | $0.00 | $381.50 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,011.13 | $0.00 | $1,011.13 |
| 4 | AMERICAN HONDA FINANCE CORP<br>»» 03U | Unsecured Creditors | $74.77 | $0.00 | $74.77 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $414.00 | $0.00 | $414.00 |
| 6 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $5,744.03 | $0.00 | $5,744.03 |
| 7 | CARVANA LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $4,749.05 | $0.00 | $4,749.05 |
| 9 | NBT BANK NA<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $426.00 | $0.00 | $426.00 |
| 11 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $4,129.92 | $0.00 | $4,129.92 |
| 12 | MIDFIRST BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17694-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $1,087.80 | Arrearages: | $200.00 |
| Paid to Trustee: | $132.20 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $180.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.