Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17694-PMM**

Anthony DeDona
2026 Rolling Meadow Dr
Macungie  PA    18062-8872

Petition Filed Date: 12/10/2019
341 Hearing Date: 02/11/2020
Confirmation Date: 05/21/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $200.00 | | 02/27/2020 | $200.00 | | 03/27/2020 | $200.00 | |
| 04/27/2020 | $200.00 | | 05/28/2020 | $200.00 | | 06/29/2020 | $200.00 | |
| 07/27/2020 | $200.00 | | 08/27/2020 | $200.00 | | 09/28/2020 | $200.00 | |
| 10/27/2020 | $200.00 | | 11/30/2020 | $200.00 | | 12/29/2020 | $200.00 | |
| 01/27/2021 | $200.00 | | 03/01/2021 | $200.00 | | 03/29/2021 | $200.00 | |
| 04/27/2021 | $200.00 | | 05/27/2021 | $200.00 | | | | |

**Total Receipts for the Period: $3,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,400.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $2,929.80 | $280.20 |
| 1 | SANTANDER BANK, NA »» 001 | Unsecured Creditors | $14,278.71 | $0.00 | $14,278.71 |
| 2 | AMERICAN HONDA FINANCE CORP »» 002 | Unsecured Creditors | $381.50 | $0.00 | $381.50 |
| 3 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $1,011.13 | $0.00 | $1,011.13 |
| 4 | AMERICAN HONDA FINANCE CORP »» 03U | Unsecured Creditors | $74.77 | $0.00 | $74.77 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $414.00 | $0.00 | $414.00 |
| 6 | SANTANDER BANK NA »» 005 | Unsecured Creditors | $5,744.03 | $0.00 | $5,744.03 |
| 7 | CARVANA LLC »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $4,749.05 | $0.00 | $4,749.05 |
| 9 | NBT BANK NA »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 009 | Unsecured Creditors | $426.00 | $0.00 | $426.00 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,129.92 | $0.00 | $4,129.92 |
| 12 | MIDFIRST BANK »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17694-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $2,929.80 | Arrearages: | $200.00 |
| Paid to Trustee: | $290.20 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.