| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17694-PMM**

Anthony DeDona  
2026 Rolling Meadow Dr  
Macungie  PA    18062-8872

Petition Filed Date: 12/10/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date: 05/21/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2021 | $200.00 | | 05/27/2021 | $200.00 | | 06/28/2021 | $200.00 | |
| 07/27/2021 | $200.00 | | 08/27/2021 | $200.00 | | 09/28/2021 | $200.00 | |
| 10/27/2021 | $200.00 | | 11/30/2021 | $200.00 | | 12/28/2021 | $200.00 | |
| 01/27/2022 | $200.00 | | 03/01/2022 | $200.00 | | 03/28/2022 | $200.00 | |
| 04/27/2022 | $200.00 | | 05/31/2022 | $200.00 | | 06/29/2022 | $200.00 | |
| 07/27/2022 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $3,200.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $6,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 1 | SANTANDER BANK, NA<br>»» 001 | Unsecured Creditors | $14,278.71 | $609.01 | $13,669.70 |
| 2 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Unsecured Creditors | $381.50 | $16.25 | $365.25 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $987.80 | $987.80 | $0.00 |
| 4 | AMERICAN HONDA FINANCE CORP<br>»» 03U | Unsecured Creditors | $74.77 | $0.00 | $74.77 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $414.00 | $15.12 | $398.88 |
| 6 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $5,744.03 | $245.00 | $5,499.03 |
| 7 | CARVANA LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA<br>»» 007 | Unsecured Creditors | $4,749.05 | $202.57 | $4,546.48 |
| 9 | NBT BANK NA<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $426.00 | $15.59 | $410.41 |
| 11 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $4,129.92 | $176.13 | $3,953.79 |
| 12 | MIDFIRST BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17694-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,200.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $5,477.47 | Arrearages: | $0.00 |
| Paid to Trustee: | $530.20 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $192.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.