United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony DeDona  
    Debtor

Case No. 19-17694-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony DeDona, 2026 Rolling Meadow Dr, Macungie, PA 18062-8872 |
| 14437568 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 14454057 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 14452059 | + | MIDFIRST BANK, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14438649 | + | Santander Bank, c/o Saldutti Law Group, Rebecca K. McDowell, Esq., BNY Mellon Center, 1735 Market Street, Suite 3750 Philadelphia, PA 19103-7532 |
| 14437577 | + | Santander Bank, 1500 Market St, Philadelphia, PA 19102-2170 |
| 14646573 | | Santander Bank NA, PO Box 847051, Boston, MA 02284-7051 |
| 14438200 | + | Santander Bank, N.A., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 24 2023 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 24 2023 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14438720 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 24 2023 00:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14437569 | | Email/Text: rm-bknotices@bridgecrest.com | Jan 24 2023 00:20:00 | Bridgecrest Formerly Drivetime, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14437570 | | Email/Text: bknotice@ercbpo.com | Jan 24 2023 00:20:00 | Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14437571 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 24 2023 00:20:00 | Honda Financial Service, PO Box 7829, Philadelphia, PA 19101-7829 |
| 14437572 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2023 00:21:53 | JPMC, PO Box 15369, Wilmington, DE 19850-5369 |
| 14455878 | + | Email/Text: RASEBN@raslg.com | Jan 24 2023 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14451549 | ^ | MEBN | Jan 24 2023 00:19:17 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14469345 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 24 2023 00:21:54 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14437573 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 00:20:00 | Midland Credit Managemen, PO Box 2121, Warren, MI 48090-2121 |
| 14464575 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 00:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14437574 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 24 2023 00:22:03 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14437575 | | Email/Text: bankruptcy@nbtbank.com | Jan 24 2023 00:20:00 | NBT Bank NA, 20 Mohawk St, Canajoharie, NY 13317-1144 |
| 14457853 | + | Email/Text: bankruptcy@nbtbank.com | Jan 24 2023 00:20:00 | NBT Bank, NA, 52 South Broad St, Norwich NY 13815-1699 |
| 14441281 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14444714 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2023 00:20:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14451560 | + | Email/Text: DeftBkr@santander.us | Jan 24 2023 00:20:00 | Santander Bank, N.A., 450 Penn Street, MC 10-421-MC3, Reading, PA 19602-1011 |
| 14437578 | | Email/Text: james.r.shear@hud.gov | Jan 24 2023 00:20:00 | US Department Of HUD, Financial Operations Center, 52 Corporate Cir, Albany, NY 12203-5176 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14437576 | ## | Saldutti Law Group, 1735 Market St Ste 3750, Philadelphia, PA 19103-7532 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

**Name**        **Email Address**

BRIAN CRAIG NICHOLAS
            on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

LYNN E. FELDMAN
            on behalf of Debtor Anthony DeDona feldmanfiling@rcn.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: 138OBJ | Total Noticed: 27 |

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Anthony DeDona
      Debtor(s)

Case No: 19−17694−pmm
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/23/23

37 − 36
Form 138OBJ